FILED
CLERK, U.S. DISTRICT COURT
July 9, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

MORTGAGE RECOVERY LAW GROUP LLP
PAUL A. LEVIN (State Bar No. 229077)
DANA J. CLAUSEN (State Bar No. 223212)
700 North Brand Boulevard, Suite 830
Glendale, California 91203
TELEPHONE: (818) 630-7900 ♦ FACSIMILE: (818) 630-7920
e-mail: paul.levin@mortgagerecoveries.com
　　　　 dana.clausen@mortgagerecoveries.com

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for IndyMac Bank, F.S.B.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMONWEALTH LAND TITLE COMPANY (erroneously sued as COMMONWEALTH LAND TITLE INSURANCE COMPANY),<br><br>　　　　　Defendant. | Case No. 2:14-cv-05295-SVW<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE<br><br><br>**NOTE CHANGES MADE BY COURT** |

[PROPOSED] ORDER DISMISSING CASE

# [PROPOSED] ORDER

1. This action is dismissed with prejudice.

2. ~~This Court shall retain jurisdiction to enforce the Settlement Agreement entered into between the Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., and Commonwealth Land Title Company.~~

DATED: July 9, 2015

*/s/ Stephen V. Wilson*

THE HONORABLE STEPHEN V. WILSON
JUDGE OF THE UNITED STATES DISTRICT
COURT, CENTRAL DISTRICT OF CALIFORNIA